Jennifer L. Del Medico, Esq.
**JONES DAY**
250 Vesey Street
New York, New York 10281-1047
(212) 326-3939
jdelmedico@jonesday.com

*Attorneys for Plaintiff SpeedPay, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SpeedPay, Inc.<br><br>Plaintiff,<br><br>v.<br><br>BillGO, Inc.,<br><br>Defendant. | Civ. Action No.: 2:19-cv-20274 (CCC/ESK)<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |

Plaintiff SpeedPay, Inc. and Defendant BillGO, Inc., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: July 1, 2020

**JONES DAY**

*By: /s/ Jennifer L. Del Medico*
Jennifer L. Del Medico, Esq.
250 Vesey Street
New York, New York 10281-1047
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
*jdelmedico@jonesday.com*

**ALSTON & BIRD LLP**

*By: /s/ Jenny Kramer*
Jenny Kramer, Esq.
Reade W. Seligmann, Esq.
90 Park Avenue 15th Floor
New York, NY 10016
Telephone: (212) 210-9400

Jenny.Kramer@alston.com
Reade.Seligmann@alston.com

Christopher A. Riley, Esq.
*Admitted pro hac vice*
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Chris.Riley@alston.com

*Attorneys for Defendant BillGo, Inc.*

-and-

**JOHNSON DeLUCA KURISKY & GOULD**
*A Professional Corporation*

Millard A. Johnson, Esq.
*Admitted pro hac vice*
Texas Bar No. 10772500
*mjohnson@jdkglaw.com*
Sara J. Sherman, Esq.
*Admitted pro hac vice*
Texas Bar No. 24068168
*ssherman@jdkglaw.com*
4 Houston Center
1221 Lamar, Suite 1000

*Attorneys for Plaintiff SpeedPay, Inc.*